**Paul N. VAN HORN, Appellant, v. Claude M. ROCCA et al., Appellees.**

No. 8523.

United States Court of Appeals District of Columbia.

Submitted May 2, 1944.

Decided June 5, 1944.

Mr. Paul N. Van Horn, pro se, submitted on the brief for appellant.

Mr. James E. Artis, of Washington, D. C., submitted on the brief for appellee, Rocca.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the order dismissing the complaint is, therefore,

Affirmed.